### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. CIV-22-0278-HE |
| | ) |
| J. KEVIN STITT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Defendants' response to plaintiff's motion for summary judgment and any *amicus curiae* briefs authorized by the court shall be filed on or before **April 25, 2022**. Plaintiff's reply, if any, shall be filed on or before **May 2, 2022**.

**IT IS SO ORDERED**.

Dated this 19th day of April, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE